**Order entered September 20, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01144-CR

**ERNEST EDWARD GAINES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F05-56570-S**

## ORDER

The Court has before it appellant Ernest Edward Gaines's September 19, 2016, "First Motion for an Extension of Time to File Appellant's Brief." We **GRANT** the motion. We **ORDER** Gaines to file his brief by **October 19, 2016**; the State to file its brief by **November 18, 2016**; and Gaines to file any reply brief by **December 1, 2016**.

/s/ ROBERT M. FILLMORE
JUSTICE